# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ROBERT ARTHUR BURNS, II, ET UX

NO.  2019 CW 0331

VERSUS

LOUISIANA TELEVISION
BROADCASTING, LLC D/B/A WBRZ
TV CHANNEL 2, ET AL

OCT 1 0 2019

---

In Re:  Robert Aurthur Burns, II and Hilary Burns, applying for rehearing, 21st Judicial District Court, Parish of Livingston, No. 156480.

---

BEFORE:  WELCH, CHUTZ, AND PENZATO, JJ.

**APPLICATION FOR REHEARING DENIED.**

JEW
WRC
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT